** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
Case 6:18-cr-06034-DGL-MWP   Document 12   Filed 02/26/18   Page 1 of 1

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 26, 2018 2:39:51 PM EST | | 34 | 1 | Received |

02/26/2018 3:47PM  FAX                                                   ☒0001/0001

# PERINI & HOERGER
### ATTORNEYS AT LAW
### 1770 MOTOR PARKWAY
### SUITE 300
### HAUPPAUGE, NEW YORK 11749

RAYMOND G. PERINI
MAUREEN S. HOERGER

(631) 232-2224
FAX (631) 232-2344

MICHAEL CASTRONOVO
OF COUNSEL

February 26, 2018

VIA FASCIMILE
(585)613-4085

Magistrate Marian W. Payson
United States Courthouse
100 State Street
Rochester, New York

**RECEIVED**
**FEB 2 6 2018**
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

RE: **United States v. Traficante**
    **17-mj-04159-MWP**

Dear Magistrate Payson,

I write with the consent of AUSA Marangola to request an adjournment of the matter from March 9 to March 22, 2018, to complete plea discussions.

Mr. Traficante agrees to this adjournment and specifically waives his speedy indictment and trial rights in this regard.

Thank you for your assistance in this regard.

Sincerely,

PERINI & HOERGER

RAYMOND G. PERINI

RGP/dd

cc: AUASA Melissa Marangola
    Via email

*This request may be made on the record at the March 8, 2017 conference.*

*SO ORDERED.*

*Marian W Payson*
*USMJ*
*2/26/18*