UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.

ORDER OF REFERRAL
TO TAKE GUILTY PLEA

18-CR-6034

THOMAS TRAFICANTE,

          Defendant.

---

The above-referenced criminal case is hereby referred to United States Magistrate Judge Marian W. Payson, with the consent of the defendant, to take defendant's plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (A) determine if the plea is knowingly and voluntarily made and not coerced, and (B) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.

IT IS SO ORDERED.

Dated:    March 22, 2018
             Rochester, New York

_____
DAVID G. LARIMER
U.S. Senior District Judge

**STIPULATED AND AGREED**, by and between the undersigned, counsel for respective parties:

Dated:    March 22, 2018
             Rochester, New York

_____
Thomas Traficante, Defendant

_____
Melissa Marangola, AUSA

_____
Raymond Perini, Defense Counsel

_____
Marian W. Payson
U.S. Magistrate Judge