AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18-CR-6034 DGL |
| THOMAS TRAFICANTE | ) | |
| | ) | |
| Defendant | ) | |

*FILED MAR 22 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   03/22/2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

RAYMOND PERINI, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

HON. MARIAN W. PAYSON, U.S. Magistrate Judge
*Judge's printed name and title*