IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

THOMAS TRAFICANTE,

              Defendant.

18-CR-6034 DGL

**INFORMATION**
(Felony)

**Violations:**
18 U.S.C. § 2261A(2)(B),
21 U.S.C § 841(a)(1)
(2 Counts)

## COUNT 1
### (Cyberstalking)

**The United States Attorney Charges That:**

Between in or about October 2017 and in or about December 2017, in the Western District of New York, and elsewhere, the defendant, **THOMAS TRAFICANTE** with the intent to injure, harass and intimidate another person, Victim, a person known to the United States Attorney, did use an interactive computer service and facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim.

**All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).**

## COUNT 2
### (Distribution of Controlled Substances)

**The United States Attorney Further Charges That:**

In or about November 2017, in the Western District of New York, and elsewhere, the defendant, **THOMAS TRAFICANTE**, did knowingly, intentionally and unlawfully possess

with intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance and MDMA, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1)**

Dated: Rochester, New York, March 22, 2018

                                       JAMES P. KENNEDY, JR.
                                       United States Attorney
                                       Western District of New York

BY:     /s/ Melissa Marangola
            MELISSA MARANGOLA
            Assistant United States Attorney
            United States Attorney's Office
            Western District of New York
            100 State Street, Suite 500
            Rochester, New York 14614
            585/399-3925
            Melissa.Marangola@usdoj.gov