UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-                                        **REPORT & RECOMMENDATION**

                                                            18-CR-6034

THOMAS TRAFICANTE,

                Defendant.
_____

      By Order of Judge David G. Larimer dated March 22, 2018, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation as to the defendant's plea of guilty.

      On March 22, 2018, the defendant entered pleas of guilty to two offenses, as set forth in the transcript of the plea proceeding. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my finding that the defendant's pleas of guilty satisfy the requirements of Rule 11 of the Federal Rules of Criminal Procedure, and I recommend that your Honor adjudge the defendant guilty of the offenses to which the guilty pleas were offered.

      **IT IS SO ORDERED.**

                                                              _/s/ Marian W. Payson_
                                                               Marian W. Payson
                                                               United States Magistrate Judge

Dated:       Rochester, New York
                March 22, 2018