Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

WESTERN District of NEW YORK

Caption:
UNITED STATES v.

THOMAS TRAFICANTE

Docket No.: 18-6034
DAVID G. LARIMER
(District Court Judge)

Notice is hereby given that THOMAS TRAFICANTE appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____
(specify)
entered in this action on JUNE 22, 2018
(date)

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction & Sentence [ ]   Other [ ]
Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]
Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]
Date of sentence: JUNE 20, 2018   N/A [ ]
Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | RAYMOND G. PERINI |
| Counsel's Address: | PERINI & HOERGER |
| | 1770 MOTOR PARKWAY SUITE 300, ISLANDIA NY 11749 |
| Counsel's Phone: | 631 232 2224 |
| Assistant U.S. Attorney: | MELISSA MARANGOLA |
| AUSA's Address: | USAO WESTERN DISTRICT 100 STATE ST. |
| | ROCHESTER, NY 14614 |
| AUSA's Phone: | 585 399 3925 |

Signature