Criminal Notice of Appeal – Form A

# NOTICE OF APPEAL

United States District Court

<u>Western</u>   District of <u>New York</u>

Caption:

<u>UNITED STATES</u>                                          Docket No. <u>18-6034</u>

                                                                                      <u>David G. Larimer</u>
            v.                                                                          (District Court Judge)

<u>THOMAS TRAFICANTE</u>
                Defendant

Notice is hereby given that <u>THOMAS TRAFICANTE</u>            appeals to the United States Court of

Appeals for the Second Circuit from the Judgment <u>  X  </u> Other <u>      </u>; _____ entered

in this action on <u>June 28, 2018.</u>                                                      (specify)

This appeal concerns: Conviction only _____ Sentence only <u>  X  </u> Conviction & Sentence _____ other __

Defendant found guilty by plea <u>  X  </u>  trial _____ N/A _____

Offense occurred after November 1, 1987? Yes <u>  X  </u>   No _____   N/A _____

Date of Sentence: <u>June 20, 2018</u>     N/A _____

Bail/Jail Disposition: Committed <u>  X  </u>  Not Committed _____ N/A _____

Appellant is represented by counsel? Yes <u>  X  </u>  No _____   If yes, provide the following information:

Defendant's Counsel:      <u>Raymond G. Perini</u>

Counsel's Address:        <u>Perini & Hoerger</u>
                          <u>1770 Motor Parkway, Suite 300</u>
                          <u>Islandia, New York 11749</u>
Counsel's Phone:          <u>(631)232-2224</u>

Assistant U.S. Attorney:  <u>Melissa Marangola</u>
AUSA's Address:           <u>USAO Western District</u>
                          <u>100 State Street</u>
                          <u>Rochester, New York 14614</u>
AUSA's Phone:             <u>(585)399-3925</u>

                                                                    _____
                                                                            Signature